# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHANNA GENESE WARREN § | |
| § | Civil Action No. 4:19-CV-302 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| COMMISSIONER, SSA § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Shanna Genese Warren's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)(1)(A)) and Memorandum in Support Thereof (Dkt. #21) and the Commissioner's Response (Dkt. #24), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #21) is **GRANTED**, and the Commissioner is directed to pay six thousand eight hundred seventy-five dollars and fifty-six cents ($6,875.56) in attorney's fees, plus court costs of four hundred dollars ($400.00), for a total award of seven thousand two hundred seventy-five dollars and fifty-six cents ($7,275.56). Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this 16th day of October, 2020.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE